1036351

RECEIVED
AUG 17 2005
U.S. MARSHALS SERVICE
DISTRICT OF RI

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

JANSEL RICHARDS, a/k/a Hans (

## WARRANT FOR ARREST

CASE NUMBER: 1:05M107M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Jansel Richards, a/k/a Hans
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Possession with intent to distribute fifty grams or more of a mixture and substance containing a detectable amount of cocaine base, in violation of 21 U.S.C. Secs. 841(a)(1) and (b)(1)(A) and conspiracy to possess with intent to distribute fifty grams or more of a mixture and substance containing a detectable amount of cocaine base, in violation of 21 U.S.C. Secs. 841(a)(1) and (b)(1)(A), all in violation of 21 U.S.C. Sec. 846

in violation of Title 21 United States Code, Section(s) 841(a)(1)&(b)(1)(A) and 846

DAVID L. MARTIN
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

David L. Martin
Signature of Issuing Officer

8-17-05 Providence, RI
Date and Location

Bail fixed at $ ____________ by ____________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Pawtucket, RI by DEA | | |
| DATE RECEIVED 08/17/2005 | NAME AND TITLE OF ARRESTING OFFICER Charles Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER Charles Wyant |
| DATE OF ARREST 08/17/2005 | | |

This form was electronically produced by Elite Federal Forms, Inc.